1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

PACIFIC FISHERIES, INC.,

10

Plaintiff,

NO. C04-2436JLR

11

v.

ORDER OF DISMISSAL

12

INTERNAL REVENUE SERVICE,

13

Defendant.

14

15     The court having been notified of the settlement of this matter and it appearing that no

16  issue remains for the court's determination,

17     IT IS ORDERED that this action and all claims asserted herein are DISMISSED with

18  prejudice and without costs to any party.

19     In the event settlement is not perfected, any party may move to reopen the case,

20  provided such motion is filed within **60** days of the date of this order.  Any trial date and

21  pretrial dates previously set are hereby VACATED.

22     DATED this 22nd day of June, 2006.

23

24     _____

JAMES L. ROBART

25     United States District Judge

26

ORDER  OF DISMISSAL